# EXHIBIT

# 3

2009 00252741
Cert: 39520 Bk: 00200 Pg: 120
Recorded: 04/29/2009 09:04 AM

RECORDING REQUESTED BY AND
WHEN RECORDED MAIL TO:
American Home Mtg Servicing
C/O NTC 2100 Alt. 19 North
Palm Harbor, FL 34683
OOMRC L#: 0018918714M

OFFICE OF THE SECRETARY OF STATE

# State of California
## Secretary of State

I, DEBRA BOWEN, Secretary of State of the State of California, hereby certify:

That the attached transcript of 1 page(s) was prepared by and in this office from the record on file, of which it purports to be a copy, and that it is full, true and correct.




**IN WITNESS WHEREOF,** I execute this certificate and affix the Great Seal of the State of California this day of

OCT 1 5 2008

Debra Bowen

DEBRA BOWEN
Secretary of State

Sec/State Form CE 108 (REV 1/2007)

OSP 06 99733

A0678049

FILED

in the office of the Secretary of State of the State of California

JUN 4 2008

NCTD

1846488

# CERTIFICATE OF AMENDMENT OF ARTICLES OF INCORPORATION

The undersigned certify that:

1. They are the President and the Secretary, respectively, of Option One Mortgage Corporation, a California corporation.

2. Article I of the Articles of Incorporation of this corporation is amended to read as follows:

The name of this corporation is Sand Canyon Corporation.

3. The foregoing amendment of Articles of Incorporation has been duly approved by the board of directors.

4. The foregoing amendment of Articles of Incorporation has been duly approved by the required vote of shareholders in accordance with Section 902, California Corporations Code. The total number of outstanding shares of the corporation is 250,000. The number of shares voting in favor of the amendment equaled or exceeded the vote required. The percentage vote required was more than 50%.

We further declare under penalty of perjury under the laws of the State of California that the matters set forth in this certificate are true and correct of our own knowledge.

DATE: May 29, 2008

Fabiola N. Camperi, President

William S. Smith, Secretary

OFFICE OF THE SECRETARY OF STATE

THE GREAT SEAL OF THE STATE OF CALIFORNIA

Doc 00252741

MIDDLESEX NORTH LAND COURT

REGISTRY DISTRICT

RECEIVED FOR REGISTRATION

On: Apr 29,2009 at 09:04A

Document Fee 75.00 Rec Total $225.00

NOTED ON: CERT 39520 BK 00200 PG 120