# United States Court of Appeals
## For the First Circuit

---

No. 12-1403

DANNY L. BROWN,

Plaintiff, Appellant,

v.

STATE OF RHODE ISLAND, ET AL.,

Defendants, Appellees.

---

**JUDGMENT**

Entered: February 22, 2013

This cause came on to be submitted on the briefs and original record on appeal from the United States District Court for the District of Rhode Island.

Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: The judgment of the district court is vacated, and the matter is remanded for further proceedings consistent with the opinion issued this day.

By the Court:

/s/ Margaret Carter, Clerk

cc: Hon. William E. Smith, Mr. David DiMarzio, Clerk, United States District Court for the District of Rhode Island, & Mr. Brown.