# United States Court of Appeals
## For the First Circuit

No. 12-1403

DANNY L. BROWN

Plaintiff - Appellant

v.

STATE OF RHODE ISLAND; LINCOLN CHAFEE, in his official and individual capacity as Governor of the State of Rhode Island; A.T. WALL, in his official and individual capacity as Director of ACI; KENNETH WALKER, in his official and individual capacity; FREDERIC REAMER, in his official and individual capacity; NANCY GARCIA-PONTE, in her official and individual capacity; VICTORIA ALMEIDA, in her official and individual capacity; RI DEPT OF CORRECTIONS

Defendants - Appellees

**MANDATE**

Entered: March 20, 2013

In accordance with the judgment of February 22, 2013, and pursuant to Federal Rule of Appellate Procedure 41(a), this constitutes the formal mandate of this Court.

By the Court:

/s/ Margaret Carter, Clerk

cc:
Danny L. Brown