## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| STATE OF RHODE ISLAND,<br>　　　　Plaintiff,<br><br>v.<br><br>CHEVRON CORP.;<br>CHEVRON USA, INC.;<br>EXXONMOBIL CORP.;<br>BP, PLC;<br>BP AMERICA, INC.;<br>BP PRODUCTS NORTH AMERICA, INC.;<br>ROYAL DUTCH SHELL, PLC;<br>MOTIVA ENTERPRISES, LLC;<br>SHELL OIL PRODUCTS COMPANY,<br>LLC;<br>CITGO PETROLEUM CORP.;<br>CONOCOPHILLIPS;<br>CONOCOPHILLIPS COMPANY;<br>PHILLIPS 66;<br>MARATHON OIL COMPANY;<br>MARATHON OIL CORPORATION;<br>MARATHON PETROLEUM CORP.;<br>MARATHON PETROLEUM COMPANY,<br>LP;<br>SPEEDWAY LLC;<br>HESS CORP.;<br>LUKOIL PAN AMERICAS, LLC;<br>GETTY PETROLEUM MARKETING,<br>INC.; AND DOES 1 through 100, inclusive<br><br>　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | C.A. No. 18-cv-00395-WES-LDA<br><br>**DEFENDANTS' NOTICE OF<br>APPEAL**<br><br>Action Filed:  July 2, 2018 |

## NOTICE OF APPEAL

Notice is hereby given that Defendants Chevron Corporation; Chevron U.S.A., Inc.; Exxon Mobil Corporation; BP p.l.c.; BP America Inc.; BP Products North America Inc.; Royal Dutch Shell plc; Motiva Enterprises, LLC; Shell Oil Products Company, LLC; CITGO Petroleum Corporation; ConocoPhillips; ConocoPhillips Company; Phillips 66; Marathon Oil Company; Marathon Oil Corporation; Marathon Petroleum Corporation; Marathon Petroleum Company, LP; Speedway LLC; Hess Corporation; Lukoil Pan Americas, LLC; Getty Petroleum Marketing, Inc.; and Does 1 through 100 in the above captioned case, pursuant to 28 U.S.C. §§ 1291 and 1447(d), hereby appeal to the United States Court of Appeals for the First Circuit from the Opinion and Order entered in this action on the 22nd day of July, 2019, granting Plaintiff's Motion to Remand (ECF No. 122).[1]

---

[1] This Notice of Appeal is submitted subject to and without waiver of any defense, affirmative defense, or objection, including personal jurisdiction, insufficient process, or insufficient service of process.

1

Dated: August 9, 2019

Respectfully submitted,

Defendants
Chevron Corp and Chevron USA, Inc.,

/s/ *Gerald J. Petros*

Gerald J. Petros (#2931)
Robin L. Main (#4222)
Ryan M. Gainor (#9353)
HINCKLEY, ALLEN & SNYDER LLP
100 Westminster Street, Suite 1500
Providence, RI 02903
(401) 274-2000 (Telephone)
(401) 277-9600 (Fax)
E-mail: gpetros@hinckleyallen.com
E-mail: rmain@hinckleyallen.com
E-mail: rgainor@hinckleyallen.com

Theodore J. Boutrous, Jr. (*pro hac vice*)
Joshua S. Lipshutz (*pro hac vice*)
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071
Telephone: (213) 229-7000
Facsimile: (213) 229-7520
E-mail: tboutrous@gibsondunn.com
E-mail: jlipshutz@gibsondunn.com

Neal S. Manne *(pro hac vice)*
SUSMAN GODFREY LLP
1000 Louisiana, Suite 5100
Houston, TX 77002
Telephone: (713) 651-9366
Facsimile: (713) 654-6666
E-mail: nmanne@susmangodfrey.com

*Attorneys for Defendants CHEVRON CORP.*
*and CHEVRON U.S.A., INC.*

2

By: /s/ *John A. Tarantino*

John A. Tarantino (#2586)
Patricia K. Rocha (#2793)
Nicole J. Benjamin (#7540)
ADLER POLLOCK & SHEEHAN P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903
Tel.: (401) 427-6262
Fax: (401) 351-4607
E-mail: jtarantino@apslaw.com
E-mail: procha@apslaw.com
E-mail: nbenjamin@apslaw.com

Philip H. Curtis (*pro hac vice*)
Nancy G. Milburn (*pro hac vice*)
ARNOLD & PORTER KAYE SCHOLER
LLP
250 West 55th Street
New York, NY 10019-9710
Telephone: (212) 836-8383
Facsimile: (212) 715-1399
E-mail: philip.curtis@arnoldporter.com
E-mail: nancy.milburn@arnoldporter.com

Matthew T. Heartney (*pro hac vice*)
ARNOLD & PORTER KAYE SCHOLER
LLP
777 South Figueroa Street, 44th Floor
Los Angeles, California 90017-5844
Telephone: (213) 243-4000
Facsimile: (213) 243-4199
E-mail: matthew.heartney@arnoldporter.com

*Attorneys for Defendants BP PRODUCTS
NORTH AMERICA INC., BP plc, and BP
AMERICA INC.*

By: /s/ *Matthew T. Oliverio*

Matthew T. Oliverio, Esquire (#3372)
OLIVERIO & MARCACCIO LLP
55 Dorrance Street, Suite 400
Providence, RI 02903
Tel.: (401) 861-2900
Fax: (401) 861-2922
E-mail:  mto@om-rilaw.com

Theodore V. Wells, Jr. (*pro hac vice*)
Daniel J. Toal (*pro hac vice*)
Jaren Janghorbani (*pro hac vice*)
PAUL, WEISS, RIFKIND, WHARTON &
GARRISON LLP
1285 Avenue of the Americas
New York, New York 10019-6064
Telephone: (212) 373-3000
Fax: (212) 757-3990
E-mail: twells@paulweiss.com
E-mail: dtoal@paulweiss.com
E-mail: jjanghorbani@paulweiss.com

*Attorneys for Defendant EXXON MOBIL
CORP.*

By: _/s/ Robert D. Fine_

Robert D. Fine (2447)
Douglas J. Emanuel (5176)
CHACE RUTTENBERG & FREEDMAN,
LLP
One Park Row, Suite 300
Providence, Rhode Island 02903
Phone:  (401) 453-6400
E-mail: rfine@crfllp.com

Jerome C. Roth (*pro hac vice*)
Elizabeth A. Kim (*pro hac vice*)
MUNGER, TOLLES & OLSON LLP
560 Mission Street
Twenty-Seventh Floor
San Francisco, California 94105-2907
Telephone: (415) 512-4000
Facsimile: (415) 512-4077
E-mail: jerome.roth@mto.com
E-mail: elizabeth.kim@mto.com

David C. Frederick (*pro hac vice*)
KELLOGG, HANSEN, TODD, FIGEL &
FREDERICK, P.L.L.C.
1615 M Street, N.W., Suite 400
Washington, D.C. 20036
Telephone: (202) 326-7900
Facsimile: (202) 326-7999
E-mail: dfrederick@kellogghansen.com

*Attorneys for Defendants SHELL OIL
PRODUCTS COMPANY LLC and ROYAL
DUTCH SHELL, plc*

By: _/s/ Stephen J. MacGillivray_

John E. Bulman, Esq. (#3147)
Stephen J. MacGillivray, Esq. (#5416)
PIERCE ATWOOD LLP
One Financial Plaza, 26th Floor
Providence, RI  02903
Telephone:  401-588-5113
Fax:  401-588-5166
E-mail: jbulman@pierceatwood.com
E-mail: smacgillivray@pierceatwood.com

Nathan P. Eimer, Esq. (*pro hac vice*)
Pamela R. Hanebutt, Esq. (*pro hac vice*)
Lisa S. Meyer, Esq. (*pro hac vice*)
EIMER STAHL LLP
224 South Michigan Avenue, Suite 1100
Chicago, IL 60604
Telephone: (312) 660-7600
Facsimile: (312) 692-1718
E-mail: neimer@EimerStahl.com
E-mail: phanebutt@EimerStahl.com
E-mail: lmeyer@EimerStahl.com

*Attorneys for Defendant CITGO
PETROLEUM CORP.*

By: /s/ *Michael J. Colucci*

Michael J. Colucci, Esq. #3302
OLENN & PENZA, LLP
530 Greenwich Avenue
Warwick, RI  02886
PHONE:  (401) 737-3700
FAX:  (401) 737-5499
E-mail: mjc@olenn-penza.com

Sean C. Grimsley, Esq. (*pro hac vice*)
Jameson R. Jones, Esq. (*pro hac vice*)
BARTLIT BECK HERMAN
PALENCHAR & SCOTT LLP
1801 Wewatta Street, Suite 1200
Denver, CO  80202
PHONE:  (303) 592-3100
FAX:  (303) 592-3140
E-mail: sean.grimsley@bartlit-beck.com
E-mail: jameson.jones@bartlit-beck.com

*Attorneys for Defendants*
*CONOCOPHILLIPS and*
*CONOCOPHILLIPS COMPANY*

By: /s/ *Robert G. Flanders, Jr.*

Robert G. Flanders, Jr. (#1785)
Timothy K. Baldwin (#7889)
WHELAN, CORRENTE, FLANDERS,
KINDER & SIKET LLP
100 Westminster Street, Suite 710
Providence, RI 02903
PHONE:  (401) 270-4500
FAX:  (401) 270-3760
E-mail: rflanders@whelancorrente.com
E-mail: tbaldwin@whelancorrente.com

Steven M. Bauer  (*pro hac vice*)
Margaret A. Tough  (*pro hac vice*)
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111-6538
PHONE:  (415) 391-0600
FAX:  (415) 395-8095
E-mail: steven.bauer@lw.com
E-mail: margaret.tough@lw.com

*Attorneys for Defendant PHILLIPS 66*

5

By: */s/ Jeffrey B. Pine*

Jeffrey B. Pine (SB 2278)
Patrick C. Lynch (SB 4867)
LYNCH & PINE
One Park Row, 5th Floor
Providence, RI 02903
Tel: (401) 274-3306
Fax: (401) 274-3326
E-mail: JPine@lynchpine.com
E-mail: Plynch@lynchpine.com

Shannon S. Broome (*pro hac vice*)
HUNTON ANDREWS KURTH LLP
50 California Street
San Francisco, CA 94111
Tel: (415) 975-3718
Fax: (415) 975-3701
E-mail: SBroome@HuntonAK.com

Shawn Patrick Regan (*pro hac vice*)
HUNTON ANDREWS KURTH LLP
200 Park Avenue
New York, NY 10166
Tel: (212) 309-1046
Fax: (212) 309-1100
E-mail:   SRegan@HuntonAK.com

Ann Marie Mortimer  (*pro hac vice*)
HUNTON ANDREWS KURTH LLP
550 South Hope Street, Suite 2000
Los Angeles, CA 90071
Tel: (213) 532-2103
Fax: (213) 312-4752
E-mail: AMortimer@HuntonAK.com

*Attorneys for Defendants MARATHON
PETROLEUM CORP., MARATHON
PETROLEUM COMPANY, LP*, *and
SPEEDWAY LLC*

*/s/ Jason C. Preciphs*

Jason C. Preciphs (#6727)
ROBERTS, CARROLL, FELDSTEIN &
PEIRCE, INC.
10 Weybosset Street, 8th Floor
Providence, RI 02903
Telephone: (401) 521-7000
Facsimile: (401) 521-1328
Email: jpreciphs@rcfp.com

J. Scott Janoe (*pro hac vice*)
Matthew B. Allen (*pro hac vice*)
BAKER BOTTS L.L.P.
910 Louisiana Street
Houston, Texas 77002
Telephone: (713) 229-1553
Facsimile: (713) 229 7953
Email: scott.janoe@bakerbotts.com
Email: matt.allen@bakerbotts.com

Megan Berge (*pro hac vice*)
BAKER BOTTS L.L.P.
1299 Pennsylvania Ave, NW
Washington, D.C. 20004
Telephone: (202) 639-7700
Facsimile: (202) 639-1171
Email: megan.berge@bakerbotts.com

*Attorneys for Defendant HESS
CORPORATION*

6

By: /s/ *Lauren Motola-Davis*

Lauren Motola-Davis (#3396)
Samuel A. Kennedy-Smith (#8867)
LEWIS BRISBOIS BISGAARD & SMITH
LLP
1 Citizens Plaza, Suite 1120
Providence, RI 02903
Tel: 401-406-3313
Fax: 401-406-3312
Email:
Lauren.MotolaDavis@lewisbrisbois.com
Email: samuel.kennedy-
smith@lewisbrisbois.com

*Attorneys for Defendant LUKOIL PAN
AMERICAS, LLC*

By:  /s/ *Robert D. Fine*

Robert D. Fine (#2447)
Douglas J. Emanuel (#5176)
CHACE RUTTENBERG & FREEDMAN,
LLP
One Park Row, Suite 300
Providence, Rhode Island 02903
Telephone:  (401) 453-6400
Facsimile:  (401) 453-6411
E-mail:   rfine@crfllp.com

*Attorneys for Defendant MOTIVA
ENTERPRISES, LLC*

By: /s/ *Stephen M. Prignano*

Stephen M. Prignano (#3649)
MCINTYRE TATE LLP
50 Park Row West, Suite 109
Providence, RI 02903
Tel.: (401) 351-7700
Fax: (401) 331-6095
E-mail:  SPrignano@McIntyreTate.com

James Stengel (admitted *pro hac vice*)
ORRICK, HERRINGTON & SUTCLIFFE,
LLP
51 West 52nd Street
New York, NY 10019-6142
Tel.: (212) 506-5000
Fax: (212) 506-5151
E-mail:  jstengel@orrick.com

Robert Reznick, (*pro hac vice*)
ORRICK, HERRINGTON & SUTCLIFFE,
LLP
1152 15th Street NW
Washington, DC 2005
Tel.: (202) 339-8400
Fax: (202) 339-8500
E-mail:  rreznick@orrick.com

*Attorneys for Defendants MARATHON OIL CORPORATION and MARATHON OIL COMPANY*

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document was filed through the ECF system on the 9th day of August, 2019, and will be sent electronically to the registered participants identified on the Notice of Electronic Filing.  Additionally, I certify that on the 9th day of August, 2019, a copy of the foregoing document was sent via first class mail and email to counsel of record for Plaintiff State of Rhode Island to the following:

PETER F. KILMARTIN
REBECCA PARTINGTON
NEIL F.X. KELLY
**DEPARTMENT OF THE ATTORNEY GENERAL**
150 South Main Street
Providence, RI 02903

VICTOR M. SHER
MATTHEW K. EDLING
TIMOTHY R. SLOANE
MARTIN D. QUIÑONES
MEREDITH S. WILENSKY
KATIE H. JONES
**SHER EDLING LLP**
100 Montgomery Street, Suite 1410
San Francisco, CA 94104

/s/ *Gerald J. Petros*

9